UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ 10-523 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| GVIDIV MATEESCU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Fraud in Connection with Access Devices

<u>Date of Detention Hearing</u>:    January 21, 2011

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

        (1)        Defendant is reportedly a citizen of Romania.

        (2)        The United States alleges that his presence in this country is illegal.  There is an

DETENTION ORDER
PAGE 1

01   immigration detainer pending against him.  The issue of detention in this case is therefore

02   essentially moot, as the defendant would be released to immigration custody if not detained in

03   this case.

04         (3)     Defendant and his counsel offer no opposition to the entry of an order of detention.

05         (4)     Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

06   Therefore, there is limited information available about him.

07         (5)     There does not appear to be any condition or combination of conditions that will

08   reasonably assure the defendant's appearance at future Court hearings while addressing the

09   danger to other persons or the community.

10   It is therefore ORDERED:

11         (1)     Defendant shall be detained pending trial and committed to the custody of the

12                   Attorney General for confinement in a correction facility separate, to the extent

13                   practicable, from persons awaiting or serving sentences or being held in custody

14                   pending appeal;

15         (2)     Defendant shall be afforded reasonable opportunity for private consultation with

16                   counsel;

17         (3)     On order of a court of the United States or on request of an attorney for the

18                   Government, the person in charge of the corrections facility in which defendant

19                   is confined shall deliver the defendant to a United States Marshal for the purpose

20                   of an appearance in connection with a court proceeding; and

21         (4)     The clerk shall direct copies of this Order to counsel for the United States, to

22                   counsel for the defendant, to the United States Marshal, and to the United States

DETENTION ORDER
PAGE 2

01                Pretrial Services Officer.

02        DATED this 21st day of January, 2011.

03

04                                      Mary Alice Theiler

05                                      United States Magistrate Judge

DETENTION ORDER
PAGE 3